UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA               :
                                       :
v.                                     :         **SCHEDULING ORDER**
                                       :
ANTHONY DOUGLAS,                       :         7-23-cr-00277-PMH
                    Defendant.         :
                                       :
------------------------------------------------------------x

    An <u>Initial Conference</u> is scheduled on <u>July 6, 2023 at 12:00 p.m.</u> in Courtroom 520 at the White Plains Courthouse.

    It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

                                     **SO ORDERED.**

Dated:  White Plains, New York
          June 26, 2023

                                        PHILIP M. HALPERN
                                        United States District Judge