UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
v.                                 :     **SCHEDULING ORDER**
                                   :
ANTHONY DOUGLAS,                   :     7-23-cr-00277-PMH
                   Defendant.      :
                                   :
-------------------------------------------------------------x

An Initial Conference is scheduled on July 6, 2023 at 12:00 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

                                       **SO ORDERED.**

Dated:   White Plains, New York
         June 26, 2023

_____
PHILIP M. HALPERN
United States District Judge