**Law Offices of Ezra Spilke**

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 17.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 12, 2024

**By ECF**
The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *United States v. Anthony Douglas*, No. 23 Cr. 277 (S.D.N.Y.)

Your Honor:

    I am the attorney for the defendant, Anthony Douglas, in the above-referenced matter. On May 11, 2023, I was appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. I respectfully request that the Court grant permission to file interim vouchers.

                                Respectfully submitted,

                                  /s/ Ezra Spilke

cc:    All counsel of record, by ECF