# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

**By ECF**  May 7, 2024

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Anthony Douglas*, No. 23 Cr. 277 (S.D.N.Y.)

Your Honor:

With the government's consent, I write to respectfully request an extension of the filing deadline for Mr. Douglas's sentencing memorandum, which is currently due on May 9, 2024. I filed an emergency motion in the Court of Appeals for bail pending appeal in another case and have been working on an unanticipated VOSR with complicated immigration and mental health issues, both of which momentarily diverted me from work on Mr. Douglas's memorandum. Accordingly, I respectfully request permission to file Mr. Douglas's sentencing submission on or before May 14, 2024. I have conferred with David Markewitz, attorney for the government, who has no objection to this request.

Respectfully submitted,

Ezra Spilke

cc:   All counsel of record, by ECF

---

Application granted.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 21.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        May 8, 2024